**MANDATE**

FILED
2005 NOV 10 P 1:56
U.S. [DISTRICT COURT]
[NEW HAVEN, CT]

Dist. of Connecticut (New Haven)
00-cv-957
Droney

September 22, 2003

Richard A. Cole, MD FACP
14 Charles Street
PO Box 716
Newburyport, MA 01950-0916
Tel.(978)462-8470

Mr. Richard Alcantara, Deputy Clerk
U.S. Court of Appeals, 2nd Circuit
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: **Docket No. 03-7401**
    *Cole v. Travelers Insurance Co. et al.*
    **District Court C.A.No. 00-CV-957**

Dear Mr. Alcantara,

This letter is to notify you that I have settled this case with the remaining defendants who are all represented by Attorney Peter Nolin. I will not be pursuing an appeal in this matter.

Sincerely,

Richard A. Cole MD FACP
Richard A. Cole, MD FACP

cc: Peter M. Nolin, Esq.

[UNITED STATES COURT OF APPEALS FILED SEP 28 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

*This letter is construed as a motion to withdraw the appeal and is granted.*

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _Sheryl Holmoca_
   DEPUTY CLERK

For the Court:
Roseann B. MacKechnie, Clerk
By: _CJ Minuse_
Catherine J. Minuse
Supervisory Staff Attorney

*Issued as Mandate: 11·1·05*